IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION

In Re:

KEVIN LAWRENCE PRENTICE and FATOU NDIAYE PRENTICE,

Case No. 2:22-bk-00433-FMD

        Debtors.        /

## TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY NEWREZ, LLC

COMES NOW the Chapter 7 Trustee, ROBERT E. TARDIF JR., and responds to the Motion for Relief from the Automatic Stay filed by NEWREZ, LLC (Doc. No. 9), and states as follows:

1. The Debtor filed her Chapter 7 case on April 19, 2022, and the undersigned is the appointed Chapter 7 Trustee administering the case.

2. NEWREZ, LLC, filed its motion for relief from the automatic stay to pursue its interest in real property located at 55 Fairview Road, Kingwood Township, New Jersey.

3. According to the Debtor's schedules the real property has an approximate value of $771,000.00. The total amount of scheduled encumbrances is approximately $619,000.00 so it appears there is significant equity in the property that may benefit general unsecured creditors.

4. The Trustee would request the Court to allow a reasonable period of time within which to sell the property for the benefit of creditors.

5. Having stated the foregoing, the Trustee does not object to entry of an Order granting limited relief to allow the Creditor to take the necessary steps to foreclose its lien against the property but requiring further Court approval to actually sell the property at a foreclosure sale.

*Certificate of Service*

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to the Assistant U.S. Trustee and David W. Fineman and Seth Greenhill and by regular U.S. Mail to Kevin Lawrence Prentice and Fatou Ndiaye Prentice, 740 Coronado Dr., Punta Gorda, FL 33950 this June 27, 2022.

  /s/ Robert E. Tardif Jr
Robert E. Tardif Jr., Trustee
Post Office Box 2140
Fort Myers, Florida 33902
(239) 362-2755
(239) 362-2756 Fax