ORDERED.

Dated: August 04, 2022

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

| | |
|---|---|
| IN RE: | Case No.: 2:22-bk-00433-FMD |
| KEVIN LAWRENCE PRENTICE | Chapter 7 |
| *aka* Kevin Prentice | |
| *aka* Kevin L. Prentice | |
| FATOU NDIAYE PRENTICE | |
| *aka* Fatou Prentice | |
|       Debtor(s).                  / | |

## AGREED ORDER GRANTING MOTION FOR
## RELIEF FROM AUTOMATIC STAY [D.E. 9]

This cause is before the Court upon the Motion for Relief from Automatic Stay [D.E. 9] filed by Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereinafter referred to as "Movant", and Trustee's Response filed June 27, 2022 and Joinder Response filed by Ruth Meinhart and Thomas Meinhart's on June 27, 2022. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. The Court has considered the Motion, Secured Creditor and the Debtor having agreed to the following terms and this Court being otherwise fully advised, it is

ORDERED:

1. The Motion for Relief from the Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may proceed with the enforcement of its security interest upon the following property:

    **REAL PROPERTY AT 55 FAIRVIEW ROAD, KINGWOOD TOWNSHIP, NEW JERSEY 08825, AND MORE ACCURATELY DESCRIBED BY ITS LEGAL DESCRIPTION WHICH IS:**

    ALL that certain lot, parcel or tract of land, situate and lying in the Township of Kingwood, County of Hunterdon, State of New Jersey, and being more particularly described as follows:

    BEGINNING at a point in or near the middle of Fairview Road which said point is the northeasterly corner of the entire tract of which this lot is a part (the northeasterly corner of the entire tract is the terminus of Course Nine and the beginning of Course One as recorded in Deed Book 1042 page 437); thence

    (1) South 88 degrees 58 minutes 00 seconds West, 50.02 feet along and in Fairview Road to a point; thence

    (2) South 02 degrees 37 minutes 00 seconds East, 385.15 feet along the easterly line of Lot 9.02 to a point, marked by an iron pin found. At 25.01 feet from the beginning of this course said line passes through an iron pin found; thence

    (3) South 88 degrees 58 minutes 00 seconds West, 392.90 feet along the southerly line of Lot 9.02 and a portion of the southerly line of Lot 9.01 to a point. At 249.34 feet from the beginning of this course said line passes through an iron pin found; thence

    (4) South 19 degrees 20 minutes 13 seconds East 687.80 feet on a new line through Lot 9 to a point on the northerly line of Lot 13; thence

    (5) North 78 degrees 30 minutes 00 seconds East 233.00 feet along the northerly line of a portion of Lot 13 to a point, marked by an iron pin found; thence

    (6) North 04 degrees 20 minutes 00 seconds West 517.68 feet along the westerly line of a portion of Lot 10 to a point; thence

    (7) North 86 degrees 34 minutes 00 seconds East 30.00 feet to a point, marked by an iron pin found; thence

    (8) North 02 degrees 37 minutes 00 seconds West 477.78 feet still along the easterly line of Lot 10 to the point and place of BEGINNING.

    FOR INFORMATIONAL PURPOSES ONLY: Also known as Lot 9 in Block 28 on the Township of Kingwood Tax Map.

3. This order is entered for the sole purpose of allowing Movant to obtain an *in rem judgment* against the property and Movant shall not seek an in personam judgment against the Debtors.

4. This Order shall survive any conversion in the instant case.

###

**Attorney Seth J. Greenhill is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.**

Order Prepared By:
Seth Greenhill, Esq.
Padgett Law Group
Seth.Greenhill@padgettlawgroup.com