ORDERED.

Dated: October 03, 2022

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:

KEVIN & FATOU PRENTICE,   Chapter 7
                         Case No.: 2:22-bk-00433-FMD
   Debtors.
_____/

**ORDER GRANTING DEBTORS' AMENDED**
**MOTION TO AVOID JUDICIAL LIEN OF FIBERLAY, INC.**
*(Doc. No. 44)*

**THIS MATTER** came on for consideration after the expiration of the negative notice period pursuant to Local Rule 2002-4 concerning the Debtors' Amended Motion to Avoid Judicial Lien of Fiberlay, Inc. (the **"Motion"**) *[Doc. No. 44]*. Having considered the Motion which was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days of the date of service, and no party filed a response within the time permitted, the Court considers the Motion unopposed.

Accordingly, it is hereby **ORDERED**:

1. The Motion is GRANTED.

2. Because the judicial lien of Fiberlay, Inc., created by the recordation of a judgment on March 17, 2021, at Instrument Number 2917909, of the Official Records of Charlotte County,

Florida, impairs the exempt property of the Debtors, located at 740 Coronado Drive Punta Gorda 33950 and legally described as follows:

> Lot 12, Block 22, PUNTA GORDA ISLES, Section 5, a Subdivision according to the Plat thereof, as recorded in Plat Blook 5, Pages 60A thru 60B, of the Public Records of Charlotte County, Florida.

the Recorded Lien is hereby avoided pursuant to 11 U.S.C. § 522(f).

3. The Lien(s) described above are hereby extinguished and shall not survive the bankruptcy nor affix to or remain enforceable against the property of the Debtors as described above or acquired after the date of filing after this bankruptcy case.

Attorney David Lampley is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.